

# NUMBER 13-22-00012-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

CHARLES BOREN, EXECUTOR
OF THE ESTATE OF WILLIAM T.
DUDLEY JR., DECEASED,                                      Appellant,

v.

MATTHEW DUDLEY, AS THE
INDEPENDENT EXECUTOR OF THE
ESTATE OF FRANCILLE B. DUDLEY,
DECEASED AND TRUSTEE OF THE
FRANCILLE B. DUDLEY REVOCABLE
TRUST,                                                    Appellees.

## On appeal from the County Court at Law No. 4
of Cameron County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Tijerina**
**Memorandum Opinion by Justice Tijerina**

This matter is before the Court on appellant's motion to voluntarily dismiss the appeal. Appellant requests the dismissal, as the appellant no longer desires to challenge the order granting the bill of review.

The Court, having considered the motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, the motion to dismiss is granted, and the appeal is hereby dismissed. Costs will be taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Because the appeal is dismissed at appellant's request, no motion for rehearing will be entertained.

JAIME TIJERINA
Justice

Delivered and filed on the
28th day of April, 2022.